212359
RECEIVED
BY MAIL
DEC 21 2001
CLERK US DIST COURT
ST PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-2121 (DSD/JMM) Case Title: Karl Oelhafen v. Skyjack, Inc.

### Affidavit of Movant

I, John C. Hughes ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Heath Sherman , an attorney admitted to practice in the Northern District of Illinois ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Skyjack, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] — Signature
185929 — MN Attorney License #
12/19/01 — Date

### Affidavit of Proposed Admittee

I, Heath Sherman , am currently a member in good standing of the U.S. District Court for Northern District of Illinois , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Heath Sherman — Type/Print Name
[signature] — Signature
12/14/01 — Date

Attorney License Number: 6238084
Law Firm Name & Address: Cassiday, Schade & Glade
415 Washington Street
Waukegan, Illinois 60085-5564
Telephone: (847) 249-0700

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

DEC 21 2001 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

DEC 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK