ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karl T. Olhafen,<br><br>Plaintiff,<br><br>vs.<br><br>Skyjack, Inc.,<br><br>Defendant. | Court File No.: 01-2121 (DSD/JMM)<br><br>**ORDER** |

This matter came duly on for hearing on before the undersigned Magistrate Judge of District Court pursuant to Intervenor, BMSI, Inc.'s Motion to Intervene pursuant to Federal Rules of Procedures 24 (a) and (c). ~~All parties appeared through counsel.~~

**NOW THEREFORE,** the Court being duly advised on the premises on having considering the evidence and having considered the arguments of counsel, hereby makes the following;

**ORDER**

1. Intervenor, BMSI, Inc.'s Motion to Intervene in the name of the Plaintiff employee pursuant to Minnesota Statues, Section 176.061 (5) is hereby **GRANTED**.

Dated: April 16, 2002

BY THE COURT:

Magistrate Judge John M. Mason

APR 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK