UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karl Oelhafen,

Plaintiff,

vs.

Skyjack, Inc.,

Defendant.

**JOINT MOTION, STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER FOR EXPERT DISCLOSURES**

Court Fie No. 01-2121 (DSD/JMM)

Plaintiff Karl Oelhafen and Defendant Skyjack, Inc., through their respective attorneys, make the following Stipulation and Joint Motion:

**STIPULATION AND JOINT MOTION**

1. According to the Court's January 14, 2002 Scheduling Order, Plaintiff Karl Oelhafen is to disclose the identity of his expert witness under Rule 26(a)(2)(A) and serve the full disclosures required by Rule 26(a)(2)(B), accompanied by a written report prepared and signed by the expert witness by June 1, 2002. Defendant Skyjack, Inc. is to disclose the identity of its expert witness under Rule 26(a)(2)(A) and serve the full disclosures required by Rule 26(a)(2)(B), accompanied by a written report prepared and signed by the expert witness by August 1, 2002.

2. The parties have completed a substantial amount of discovery. To that end, the parties have completed their Rule 26(a) disclosures, the initial written discovery (with the exception of certain design documents discussed below), and are scheduled to depose the Plaintiff Karl Oelhafen on May 31, 2002.

MAY 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The parties, by and through their undersigned counsel, recognize that the Court's Scheduling Order is an important tool in controlling litigation. However, despite good faith efforts and diligence, Plaintiff Karl Oelhafen is unable to complete his expert disclosures under the current time parameters. The current request for all design documents for the product in question is voluminous and expensive. Plaintiff and Defendant Skyjack are in the process of narrowing the scope and subject matter of this request so that Plaintiff obtains all relevant material in a cost efficient and organized manner. After much diligence, Defendant Skyjack anticipates that it can provide Plaintiff with the documents on or about June 10, 2002. The parties respectfully request that the Court extend the Scheduling Order expert disclosure deadlines pursuant to U.S. District Court local Rule 16.3.

4. Because of the inability of Plaintiff Karl Oelhafen to complete his expert disclosure prior to June 1, 2002, all parties agree and jointly move this Court to amend the Scheduling Order and set the deadline for Plaintiff's expert disclosure for July 1, 2002, and the deadline for Defendant's expert disclosure for September 1, 2002. The parties make no further request with regard to amending the Scheduling Order.

5. The parties waive a hearing and agree that the Court may issue an Amended Scheduling Order without further proceedings herein.

Respectfully submitted,

CASSIDY, SCHADE & GLOOR

By ______________________

for Heath Sherman, Esq. (6238084)
Attorney for Defendant Skyjack, Inc.,
415 West Washington, Suite 214
Waukegan, IL 60085-5564
Phone: (847) 249-0770

DATED: 5-28, 2002

JOHNSON & CONDON, P.A.

By
Mark R. Azman, Esq. (237061)
Attorneys for Intervenors
Financial Plaza
7235 Ohms Lane
Minneapolis, MN 55439-2152
Phone: (952) 831-6544

DATED: 5-28, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By
Philip A. Pfaffly (8654X)
Steven R. Kluz, Jr. (286588)
Attorneys for Plaintiff Karl Oelhafen
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7967/340-7904

DATED: 5-28, 2002

**ORDER**

Pursuant to the terms of the foregoing Stipulation and Joint Motion, Plaintiff Karl Oelhafen shall disclose the identity of his expert witness under Rule 26(a)(2)(A) and serve disclosures required by Rule 26(a)(2)(D), accompanied by the written report prepared and signed by Plaintiff's expert witness, by July 1, 2002. Defendant shall disclose the identity of its expert witness under Rule 26(a)(2)(A) and serve disclosures required by Rule 26(a)(2)(D), accompanied by the written report prepared and signed by Defendant's expert witness, by September 1, 2002.

BY THE COURT:

John M. Mason
United States Magistrate Judge

Dated: 5/29, 2002

## *Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with**
**The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | Registration |
| 8:00-8:15 | Opening Remarks and Welcome, *Judge Ann D. Montgomery* |
| 8:15-9:00 | Securities Law Issues in the Wake of Enron, *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | Current Issues in Employment Law, *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | Morning Break |
| 10:00-10:45 | Current Initiatives in the U.S. Attorneys' Office, *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | Discovery Disputes: Professionalism in the Practice of Law?, *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | Lunch (Room 211) |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | The Clerk's Office Can Be Your New Best Friend, *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How, *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | Issues in the Wake of 9/11: Radial Profiling -- *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; Response by the Department of Justice -- *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | Afternoon Break |
| 3:30-4:15 | Update on Technology Tools for Litigating in Federal Court, *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | Ethics in "Real Life" Practice Situations, *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## *Seminar Registration*

| | |
|---|---|
| ☐ Member | $195.00 |
| ☐ Non-Member | $225.00 |

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Bulding