**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| KARL OELHAFEN,<br><br>Plaintiff,<br><br>v.<br><br>SKYJACK, INC.,<br><br>Defendants. | ) | No. 01-2121 (DSD/SRN) |
| BMSI, INC.,<br><br>Intervening Petitioner,<br><br>vs.<br><br>SKYJACK, INC.,<br><br>Defendant. | ) | |

**JOINT STIPULATION AND ORDER TO AMEND DISCOVERY DEADLINES**

COMES NOW Plaintiff, KARL OELHAFEN, Defendant, SKYJACK, INC., and Intervening Petitioner BMSI, Inc., by their respective attorneys, and move for an extension of discovery deadlines. In support of said joint motion, the parties state as follows:

1. On or about January 14, 2002, this Court entered a pretrial scheduling order requiring all discovery to be closed on September 1, 2002. A copy of the pretrial scheduling order is attached hereto as Exhibit A.

2. On or about May 30, 2002, United States Magistrate Judge John Mason entered an order allowing the parties' stipulation and joint motion to amend the scheduling order for expert disclosures due to ongoing written discovery. A copy of said order is attached hereto as Exhibit B.

FILED AUG 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

According to that order, the Plaintiff shall disclose its experts by July 1, 2002, and the deadline for Defendant's expert disclosure is September 1, 2002.

3. On or about June 19, 2002, this case was reassigned from Magistrate Mason to Magistrate Judge Susan Richard Nelson.

4. On or about June 28, 2002, the parties agreed to a continuance of the expert disclosure deadline allowing the Plaintiff to disclose on or before July 15, 2002 and the Defendant to disclose on or before September 15, 2002. The parties agreed to this continuance due to a continuation of voluminous written discovery. Attached hereto as Exhibit C is a copy of the letter from Plaintiff's counsel, Steve Kluz dated June 28, 2002.

5. The parties are currently taking party depositions. The plaintiff's deposition proceeded within the last 60 days and the deposition of three (3) BMSI employees are tentatively scheduled for August 20, 2002. Further, we are attempting to schedule the deposition of a Skyjack representative who will come from out of state or more likely, from Toronto, Canada.

6. In his Rule 26(a) Initial Disclosures, the Plaintiff listed six (6) additional fact witnesses, who may testify at trial. The parties are in the process of scheduling the depositions of these fact witnesses, some of whom the parties have been unable to locate despite their diligence.

7. Accordingly, the parties respectfully request an extension for all deadlines in this case, including the trial date (as requested in the draft Order).

8. The parties waive a hearing and agree that the Court may issue an Amended Scheduling Order without further proceedings herein.

Respectfully submitted,

John C. Hughes (#185929)
MEAGHER & GEER
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788
(612) 338-0661

and

CASSIDAY, SCHADE & GLOOR
415 W. Washington Street,
Suite 214
Waukegan, IL 60085
*Attorneys for Skyjack, Inc.*

Shamus P. O'Meara (#221454)
Mark R. Azman (#237061)
JOHNSON & CONDON, P.A.
7235 Ohms Lane
Minneapolis, MN 55439-2152
(952) 831-6544
*Attorneys for Intervenors*

Philip A. Pfaffly (#8654X)
Steven R. Kluz, Jr. (#286588)
RIDER, BENNETT, EGAN & ARUNDEL
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7967
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| KARL OELHAFEN,<br><br>Plaintiff,<br><br>v.<br><br>SKYJACK, INC.,<br><br>Defendants.<br>_______________________<br><br>BMSI, INC.,<br><br>Intervening Petitioner,<br><br>vs.<br><br>SKYJACK, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 01-2121 (DSD/SRN) |

**ORDER**

Pursuant to terms of the foregoing Stipulation & Joint Motion, the Scheduling Order is modified as follows:

| | |
|---|---|
| October 1, 2002 | All motions which seek to amend the pleadings or add parties must be served and filed. |
| October 1, 2002 | Plaintiff shall disclose the identity of his expert witnesses under Rule 26(a)(2)(A) and serve disclosures required by Rule 26(a)(2)(B), accompanied by a written report prepared and signed by the expert witness. |
| December 1, 2002 | Defendant shall disclose the identity of its expert witness under Rule 26(a)(2)(A) and serve disclosures required by Rule 26(a)(2)(B), accompanied by a written report prepared and signed by defendant's expert witness. |

| | |
|---|---|
| January 1, 2003 | All discovery of any kind shall be commenced in time to be completed by this date. |
| January 6, 2003 | All non-dispositive motions due. |
| March 3, 2003 | All dispositive motions due. |
| May 1, 2003 | This case shall be ready for trial no later than this date. |

BY THE COURT:

Date: August 9, 2002

Susan Richard Nelson
Susan Richard Nelson
UNTIED STATES MAGISTRATE JUDGE

No further extension of time will be granted

982325

18919

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KARL OELHAFEN,

Plaintiff,

v.

SKYJACK, INC.,

Defendant.

CIVIL NO. 01-2121 (DSD/JMM)

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

February 1, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed.

February 8, 2002 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

Discovery/Nondispositive Motions

July 1, 2002 - All Rule 35 medical examinations shall be completed.

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

June 1, 2002 - By Plaintiff
August 1, 2002 - By Defendant

Exhibit A

Filed JAN 14 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

P.2

AUG 05 '02 08:58AM CS&G WAUKEGAN

| | |
|---|---|
| September 1, 2002 - | All discovery of any kind shall be commenced in time to be completed by this date. |
| September 5, 2002 - | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing. |

Dispositive Motions/Trial

| | |
|---|---|
| November 1, 2002 - | All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, (612) 664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E). |

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than January 1, 2003. The parties estimate that trial of this Jury matter will take 4 days.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose no more than 4 experts.

Each party may call no more than 4 experts at trial.

Dated: January 14, 2002

JOHN M. MASON
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karl Oelhafen,

Plaintiff,

vs.

Skyjack, Inc.,

Defendant.

**JOINT MOTION, STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER FOR EXPERT DISCLOSURES**

Court Fie No. 01-2121 (DSD/JMM)

Plaintiff Karl Oelhafen and Defendant Skyjack, Inc., through their respective attorneys, make the following Stipulation and Joint Motion:

**STIPULATION AND JOINT MOTION**

1. According to the Court's January 14, 2002 Scheduling Order, Plaintiff Karl Oelhafen is to disclose the identity of his expert witness under Rule 26(a)(2)(A) and serve the full disclosures required by Rule 26(a)(2)(B), accompanied by a written report prepared and signed by the expert witness by June 1, 2002. Defendant Skyjack, Inc. is to disclose the identity of its expert witness under Rule 26(a)(2)(A) and serve the full disclosures required by Rule 26(a)(2)(B), accompanied by a written report prepared and signed by the expert witness by August 1, 2002.

2. The parties have completed a substantial amount of discovery. To that end, the parties have completed their Rule 26(a) disclosures, the initial written discovery (with the exception of certain design documents discussed below), and are scheduled to depose the Plaintiff Karl Oelhafen on May 31, 2002.

Exhibit B

MAY 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The parties, by and through their undersigned counsel, recognize that the Court's Scheduling Order is an important tool in controlling litigation. However, despite good faith efforts and diligence, Plaintiff Karl Oelhafen is unable to complete his expert disclosures under the current time parameters. The current request for all design documents for the product in question is voluminous and expensive. Plaintiff and Defendant Skyjack are in the process of narrowing the scope and subject matter of this request so that Plaintiff obtains all relevant material in a cost efficient and organized manner.. After much diligence, Defendant Skyjack anticipates that it can provide Plaintiff with the documents on or about June 10, 2002. The parties respectfully request that the Court extend the Scheduling Order expert disclosure deadlines pursuant to U.S. District Court local Rule 16.3.

4. Because of the inability of Plaintiff Karl Oelhafen to complete his expert disclosure prior to June 1, 2002, all parties agree and jointly move this Court to amend the Scheduling Order and set the deadline for Plaintiff's expert disclosure for July 1, 2002, and the deadline for Defendant's expert disclosure for September 1, 2002. The parties make no further request with regard to amending the Scheduling Order.

5. The parties waive a hearing and agree that the Court may issue an Amended Scheduling Order without further proceedings herein.

Respectfully submitted,

CASSIDY, SCHADE & GLOOR

By ______________________

Heath Sherman, Esq. (623[illegible]4)
Attorney for Defendant Skyjack, Inc.,
415 West Washington, Suite 214
Waukegan, IL 60085-5564
Phone: (847) 249-0770

DATED: 5-28, 2002



AUG 05 '02 08:59AM CS&G WAUKEGAN P.5

JOHNSON & CONDON, P.A.

By______________________
Mark R. Azman, Esq. (237061)
Attorneys for Intervenors
Financial Plaza
7235 Ohms Lane
Minneapolis, MN 55439-2152
Phone: (952) 831-6544

DATED: 5-28, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By______________________
Philip A. Pfaffly (8654X)
Steven R. Kluz, Jr. (286588)
Attorneys for Plaintiff Karl Oelhafen
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7967/340-7904

DATED: 5-28, 2002

**ORDER**

Pursuant to the terms of the foregoing Stipulation and Joint Motion, Plaintiff Karl Oelhafen shall disclose the identity of his expert witness under Rule 26(a)(2)(A) and serve disclosures required by Rule 26(a)(2)(D), accompanied by the written report prepared and signed by Plaintiff's expert witness, by July 1, 2002. Defendant shall disclose the identity of its expert witness under Rule 26(a)(2)(A) and serve disclosures required by Rule 26(a)(2)(D), accompanied by the written report prepared and signed by Defendant's expert witness, by September 1, 2002.

BY THE COURT:

______________________
John M. Mason
United States Magistrate Judge

Dated: 5/29, 2002



P.6
AUG 05 '02 08:59AM CS&G WAUKEGAN

Attorneys at Law
A Professional Limited Liability Partnership

333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

Telephone • 612 • 340 • 7951
Fax • 612 • 340 • 7900
www.riderlaw.com

RB
RIDER BENNETT
EGAN & ARUNDEL

**Steven R. Kluz, Jr.**
(612) 340-7904
srkluz@riderlaw.com

June 28, 2002

**VIA FACSIMILE 847-249-8029 AND US MAIL**
Heath Sherman, Esq.
Cassiday Schade & Gloor
115 Washington Street
Waukegan, IL 60085

**VIA FACSIMILE 952-831-7869**
Mark R. Azman, Esq.
Johnson & Condon, P.A.
Financial Plaza
7235 Ohms Lane
Minneapolis, MN 55439-2152

Re: Karl Oelhafen v. Skyjack, Inc.
Court File No.: 01-2121 (DSD/JMM)
Your File No.: 09572/18919/MFB/SPT
Our File No.: 17086/R26648

Dear Messrs. Sherman and Azman:

I spoke with both of you on June 28, 2002, by telephone. You both agreed to give Plaintiff Karl Oelhafen an extension to provide expert disclosures. Mr. Sherman informed me that the design plans and documents that we requested will not be available until July 2, 2002. Mr. Sherman approved of a 14 day extension to provide Plaintiff's expert disclosures. We will, in turn, approve of a 14 day extension for Defendant's expert disclosures. Therefore, Plaintiff's expert disclosures will be due on July 15, 2002 and Defendant's expert disclosures will be due on September 15, 2002.

I thank both of you very much for your professional courtesies. Please call me with any questions.

Very truly yours,
RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Steven R. Kluz, Jr.

SRK/dab

861261-1

Exhibit C