UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| KARL OELHAFEN, Plaintiff, v. SKYJACK, INC., Defendants. | ) | No. 01-2121 (DSD/SRN) |
| BMSI, INC., Intervening Petitioner, vs. SKYJACK, INC., Defendant. | ) | |

**STIPULATION TO SERVE THIRD-PARTY COMPLAINT** AND ORDER

THE PARTIES HERETO, through their undersigned counsel of record, hereby stipulate and agree that Defendant Skyjack, Inc. may serve Third-Party Complaints upon Columbia Building Services, Inc. and A.P.I., Inc.

Respectfully submitted,

John C. Hughes (#185929)
MEAGHER & GEER
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788
(612) 338-0661

and

FILED OCT 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

CASSIDAY, SCHADE & GLOOR
415 W. Washington Street,
Suite 214
Waukegan, IL 60085
*Attorneys for Skyjack, Inc.*

Shamus P. O'Meara (#221454)
Mark R. Azman (#237061)
JOHNSON & CONDON, P.A.
7235 Ohms Lane
Minneapolis, MN 55439-2152
(952) 831-6544

*Attorneys for Intervenors*

Philip A. Pfaffly (#8654X)
Steven R. Kluz, Jr. (#286588)
RIDER, BENNETT, EGAN
& ARUNDEL
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7967

*Attorneys for Plaintiff*

**ORDER**

Pursuant to terms of the foregoing Stipulation Skyjack, Inc. is hereby granted leave to serve Third-Party Complaints upon Columbia Building Services, Inc. and A.P.I., Inc.

BY THE COURT:

Dated: October 30, 2002

Susan Richard Nelson

Susan Richard Nelson
UNITED STATES MAGISTRATE JUDGE

/994167