**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Karl Oelhafen,** **Civil No. 01-2121 (DSD/SRN)**

**Plaintiff,**

**v.** **ORDER**

**Skyjack, Inc.,**

**Defendant.**

**BMSI, Inc.,**

**Intervening Plaintiff,**

**v.**

**Skyjack, Inc.,**

**Defendant.**

---

Philip A. Pfaffly, Esq., on behalf of Plaintiff

John C. Hughes, Esq., on behalf of Defendant

Mark R. Azman, Esq., on behalf of Intervening Plaintiff

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on October 30, 2002, on Defendant's Motion for Leave to Serve Third-Party Complaint (Doc. No. 18). This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

The Court, have reviewed all the files, records and proceedings herein, including the

FILED NOV 0 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

briefs of the parties and a supplemental letter explaining that this Court would have subject matter jurisdiction over the entire controversy, grants Defendant's motion.

**THEREFORE, IT IS HEREBY ORDERED that:**

1. Defendant's Motion for Leave to Serve Third-Party Complaint (Doc. No. 18) is **GRANTED**.

Dated: November 6, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge