UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**KARL OELHAFEN,**

**Plaintiff,**

v.

**SKYJACK, INC.,**

**Defendant.**

**Civil No. 01-2121 (DSD/SRN)**

**AMENDED**
**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

<u>Discovery Plan</u>

1. **Discovery shall be commenced in time to be completed by March 15, 2003.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before February 8, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before June 1, 2002.

   b. By Defendant(s) on or before **January 17, 2003**.

   c. By Third-Party Defendant(s) on or before **March 1, 2003.**

   d. Plaintiff's rebuttal on or before **March 1, 2003**

NOV 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by February 1, 2002. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by **April 1, 2003**.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

## Dispositive Motions

1. All dispositive motions shall be served and filed by **May 15, 2003**. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, 612-664-5063.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

## Trial

This case shall be ready for trial on **August 1, 2003**, or upon resolution of any pending dispositive motions. Anticipated length of trial is 4 days.

Dated: November 26, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge