18919/09572/MFB/SPT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| KARL OELHAFEN,<br><br>Plaintiff,<br><br>v.<br><br>SKYJACK, INC.,<br><br>Defendants.<br>------------------------------<br><br>SKYJACK, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BMSI, INC., COLUMBIA BUILDING SERVICES, and API, INC.<br><br>Third-Party Defendants. | ) | No. 01-2121 (DSD/JMM) |

**JOINT STIPULATION AND PROTECTIVE ORDER**

Pursuant to the agreement of all parties it is hereby ordered that Skyjack, Inc.'s Motion for a Protective Order is granted in its entirety;

That the Skyjack area work platform, SJ II 4626, serial number 74159, is hereby protected during the entirety of this litigation and no party or other individual or entity shall conduct any destructive testing on said product or its component parts or alter the product or any of its component parts without prior legal court;

**IT IS HEREBY FURTHER ORDERED** that any and all parties to this case are granted leave to conduct any and all examinations, inspections and photographing of said product without leave of court;

DEC 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The current owner of the lift, Columbia Building Services, Inc., must not dispose of the subject lift during the pendency of this lawsuit, and, must not make any repairs or otherwise take any action with regard to the lift without prior legal court.

By the Court:

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

DATE:

December 9, 2002

6398754 HSHERMAN;hrhoton