UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Karl T. Oelhafen,**

**Plaintiff,**

**v.**

**Skyjack, Inc.,**

**Defendant and Third-Party Plaintiff,**

**v.**

**BMSI, Inc., Columbia Building Services, Inc., and A.P.I., Inc.,**

**Third-Party Defendants.**

**Civil No. 01-2121 (DSD/SRN)**

**ORDER**

---

Steven R. Kluz, Jr., Esq., on behalf of Plaintiff

Heath Sherman, Esq., on behalf of Defendant Skyjack

Mark R. Azman, Esq., on behalf of Third-Party Defendant BMSI

Michael D. Barrett, Esq., on behalf of Third-Party Defendant Columbia Building Services

Terri L. Hommerding, Esq. on behalf of Third-Party Defendant A.P.I.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on Defendant BMSI's Motion to Amend Cross Claim Against Third Party Defendant Columbia Building Services, Inc. (Doc. No. 38). All parties notified the Court through the above named counsel stating that they do not oppose Defendant BMSI's motion.

FEB 1 1 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**THEREFORE,** being duly advised of the issues and having considered the arguments of counsel, **IT IS HEREBY ORDERED that:**

1. Defendant BMSI's Motion to Amend Cross Claim Against Third Party Defendant Columbia Building Services, Inc. (Doc. No. 38) is **GRANTED**;

2. Defendant BMSI shall serve and file its First Amended Cross-Claim against Columbia within 15 days of the date of this Order.

February 11, 2003

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge