UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Karl T. Oelhafen,<br>Plaintiff,<br><br>vs.<br><br>Skyjack, Inc.,<br>Defendant/Third Party Plaintiff<br><br>vs.<br><br>BMSI, Inc., Columbia Building Services, Inc., and A.P.I., Inc.<br>Third Party Defendants. | Court File No.: 01-2121 (DSD/SRN)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED, through their respective counsel, that they do hereby stipulate and agree that BMSI, Inc.'s claim for damages due to any possible change in workers' compensation insurance premiums is hereby dismissed without prejudice and without costs and disbursements to the parties hereto. The parties agree that to the extent necessary an Order for Dismissal may be entered.

**JOHNSON & CONDON, P.A.**

Dated: 3/7/03

By: [signature]

Mark R. Azman (#237061)
Attorneys for Interveners BMSI, Inc.
Financial Plaza, 7235 Ohms Lane
Minneapolis, MN 55439-2152
(952) 831-6544

FILED APR 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 4-7-03
DEPUTY CLERK

**COUSINEAU, MCGUIRE & ANDERSON, CHARTERED**

Dated:____________________

By:___________________________________
Michael D. Barrett (#__________)
Attorneys for Third Party Defendant Columbia Building Services, Inc.
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

**ARUTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.**

Dated: 3/10/03

By: James F. Mewborn
Jim Mewborn (#72370)
Attorneys for Third Party Defendant BMSI, Inc.
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
(612) 375-5930

**CASSIDAY, SCHADE & GLOOR**

Dated:____________________

By:___________________________________
Heath Sherman (#____________)
Attorneys for Skyjack, Inc.
415 Washington Street
Waukegan. IL 60085-5564
(312) 641-3100

**COUSINEAU, MCGUIRE & ANDERSON, CHARTERED**

Dated: 3-14-03

By: ____________________
Michael D. Barrett (#186648)
Attorneys for Third Party Defendant Columbia Building Services, Inc.
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

**ARUTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.**

Dated: ____________________

By: ____________________
Jim Mewborn (#__________)
Attorneys for Third Party Defendant BMSI, Inc.
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
(612) 375-5930

**CASSIDAY, SCHADE & GLOOR**

Dated: ____________________

By: ____________________
Heath Sherman (#__________)
Attorneys for Skyjack, Inc.
415 Washington Street
Waukegan, IL 60085-5564
(312) 641-3100

**COUSINEAU, MCGUIRE & ANDERSON, CHARTERED**

Dated:____________________

By:______________________________
Michael D. Barrett (#_________)
Attorneys for Third Party Defendant Columbia Building Services, Inc.
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 546-8400

**ARUTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.**

Dated:____________________

By:______________________________
Jim Mewborn (#_________)
Attorneys for Third Party Defendant BMSI, Inc.
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
(612) 375-5930

**CASSIDAY, SCHADE & GLOOR**

Dated: 03-14-03.

By:______________________________
Heath Sherman (#_________)
Attorneys for Skyjack, Inc.
415 Washington Street
Waukegan, IL 60085-5564
(312) 641-3100

**ORDER**

BASED UPON THE FOREGOING STIPULATION, the Court hereby orders that EMSI, Inc.'s claim for damages due to any change in workers' compensation premiums is hereby dismissed without prejudice and without any award of costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY FORTHWITH.

Dated: 4/5/03

BY THE COURT

~~Magistrate Judge Janie S. Mayeron~~