AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Karl T. Oelhafen,

V.

Skyjack, Inc. (deft/third party pltf)

V.

BMSI, Inc., Columbia Building Services, Inc.,
and A.P.I.., Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-2121 DSD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

BMSI, Inc.'s claim for damages due to any change in workers' compensation premiums is dismissed without prejudice and without any award of costs to any party.

April 7, 2003
Date

RICHARD D. SLETTEN, CLERK

Julie M. Rustad
(By) Julie M. Rustad, Deputy Clerk

49