UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KARL OELHAFEN,

Plaintiff,

v.

SKYJACK, INC.,

Defendant.

CIVIL NO. 01-2121 (DSD/JSM)

ORDER

By agreement of counsel for both parties, the early settlement conference scheduled before the undersigned for April 17, 2003 is canceled.

Dated: April 14, 2003

JANIE S. MAYERON
U.S. Magistrate Judge

FILED APR 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________