UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KARL OELHAFEN,

Plaintiff,

v.

SKYJACK, INC.,

Defendant and
Third-Party Plaintiff,

v.

BMSI, INC., COLUMBIA BUILDING SERVICES, INC. and A.P.I., INC.,

Third-Party Defendants.

CIVIL NO. 01-2121 (DSD/JSM)

ORDER

Counsel for the parties have agreed and stipulated that the following individuals will be produced for discovery depositions in Minneapolis on a date convenient to all who will attend, but no later than July 3, 2003, without objection that these depositions are occurring after the deadline for discovery set by the Court in its Scheduling Order dated November 26, 2002:

1. Skyjack will produce its liability experts David Rondinone and Barris Evulich, corporate representative Otto Hutka and former employee Guenter Haessler;

2. BMSI will produce its expert witness Richard T. Cox; and

3. Columbia Building Service will produce its expert witness Dennis Skogen.

FILED APR 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY ORDERED that the deadline for all fact and expert discovery shall be extended to July 3, 2003 for the limited purpose of permitted the depositions of David Rondinone, Barris Evulich, Otto Hutka, Guenter Haessler, Richard T. Cox and Dennis Skogen to proceed and shall be completed on or before July 3, 2003.

Dated: April 24, 2003

JANIE S. MAYERON
U.S. Magistrate Judge