UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KARL OELHAFEN,

Plaintiff,

v.

SKYJACK, INC.,

Defendant and
Third-Party Plaintiff,

v.

BMSI, INC., and A.P.I., INC.,

Third-Party Defendants.

CIVIL NO. 01-2121 (DSD/JSM)

ORDER

Counsel for the parties have agreed that the following individuals will be produced for discovery depositions in Minneapolis on a date convenient to all who will attend, but no later than September 1, 2003, without objection that these depositions are occurring after the deadline for discovery set by the Court in its Scheduling Order dated November 26, 2002: Skyjack will produce its liability experts corporate representative Otto Hutka and former employee Guenter Haessler.

IT IS HEREBY ORDERED that:

1. The deadline for all fact and expert discovery shall be extended to September 1, 2003 for the limited purpose of permitting the depositions of Otto Hutka and Guenter Haessler to proceed. These two depositions shall be completed on or before September 1, 2003.

JUL 17 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. A settlement conference is scheduled before the undersigned on August 28, 2003 at 9:30 a.m. A separate settlement notice will be issued.

3. This case shall be ready for trial on October 1, 2004.

Dated: July 17, 2003

Janie S. Mayeron

JANIE S. MAYERON
United States Magistrate Judge