UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2121(DSD/JSM)

Karl Oelhafen,

Plaintiff,

v. **ORDER**

Skyjack, Inc..

Defendant.

---

Skyjack, Inc.,

Third-Party Plaintiff,

v.

BMSI, Inc., Columbia Building Services, Inc. and A.P.I., Inc.,

Third-Party Defendants.

This matter is before the court upon Skyjack Inc.'s request for permission to file a motion for reconsideration of the court's July 11, 2003, order. Pursuant to Local Rule 7.1(g), motions to reconsider are prohibited except by express permission of the court, which will be granted only upon a showing of "compelling circumstances." Local Rule 7.1(g). After reviewing the file and the record, the court concludes that no compelling circumstances exist that would justify reconsideration of this matter. See Local Rule 7.1(g). Accordingly, **IT IS HEREBY ORDERED** that Skyjack Inc.'s

FILED AUG 0 7 2003
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

request for leave to file a motion to reconsider this court's July 11, 2003, order is denied.

Dated: August 6, 2003

David S. Doty, Judge
United States District Court